**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Jorge Alberto AVALOS, Defendant-
Appellant**

**No. 16-40556
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/23/2016

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff-Appellee

Jorge Alberto Avalos, Pro Se

Before DAVIS, SOUTHWICK, and
HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Jorge Alberto Avalos has

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Avalos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.